

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| In Re: Union Pacific Railroad Company and Wanda Heckel, | § | No. 08-14-00141-CV |
|  | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
|  | § |  |
|  | § |  |
|  | § |  |

**O R D E R**

Pending before the Court is Relators' motion to forward the sealed documents which were submitted to the trial court for *in camera* review in cause number 2011-1952, styled *Blanca Estella Alcantar, Individually and on Behalf of the Estate of Justin Alcantar, Deceased v. Union Pacific Railroad Company, Harvey B. Comer, Wanda Heckel, and Michael Shindo*. The motion is GRANTED. The 120th District is hereby ordered to immediately forward to the Clerk of the Eighth Court of Appeals all medical records of Wanda Heckel currently held *in camera* by the trial court.

IT IS SO ORDERED this 28th day of April, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.